

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 29, 2023

## MEMO ENDORSED

**BY ECF**

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> The request is granted. The arraignment on the superseding indictment and status conference will be held on October 4, 2023, at 4:00 p.m., at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, Courtroom 619. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: September 29, 2023
> New York, New York

Re: **United States v. Radames Gonzalez and Ricky Medina**, S1 23 Cr. 318 (ER)

Dear Judge Ramos:

On September 28, 2023, a grand jury returned a superseding indictment against defendants Radames Gonzalez and Ricky Medina. (ECF No. 11). An indictment was previously pending against Medina (*see* ECF No. 5), whose next court appearance was scheduled for October 12. Because counsel for newly-added defendant Gonzalez is not available on October 12, the parties respectfully request that the arraignment on the superseding indictment and status conference be scheduled for October 4, 2023, at 4 p.m., which the parties understand from Chambers is a date and time that the Court is available.

The Court has already excluded Speedy Trial Act time through October 12, 2023, as to Medina, and because Gonzalez has not yet entered a plea in this matter, the Speedy Trial Act clock has not yet begun to run as to him. *See, e.g.*, *United States v. Lynch*, 726 F. 3d 346, 352 (2d Cir. 2013); *United States v. Nixon*, 779 F.2d 126, 130 (2d Cir. 1985). Accordingly, the Government does not seek an additional exclusion of Speedy Trial Act time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Patrick R. Moroney
Assistant United States Attorney
(212) 637-2330

cc (by ECF):   All counsel of record